UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ARTUR ALEKSANDROVICH SHCHERBININ A#213-181-992** | **CIVIL ACTION NO. 1:25-1496, SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SHAD RICE, ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 9), and having thoroughly reviewed the record, including the written objections (R. Doc. 13), and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers this 18th day of December, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT